In the Matter of the Application of Edward C. Delavan, Jr., Appellant, for a Visitation by a Justice of the Supreme Court of the Cypress Hills Cemetery, a Domestic Membership Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Ida Lorenz, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Catherine Lynch, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Anna Meis, Appellant, v. Frederick Meis, by Mina Meis, His Guardian ad Litem, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Josephine W. Miller, Respondent, v. Greenwich Savings Bank, Defendant. John R. McNespic, as Administrator, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Josephine W. Miller, Respondent. v. The Seamen's Bank for Savings, Defendant. John R. McNespic, as Administrator, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Charles F. Murphy, Respondent, v. Angus Sinclair Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Samuel Frew, Appellant, and John Cauley, Defendant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Abraham Laskowitz, Appellant.— Judgment of conviction and order of the County Court of Queens county reversed and new trial ordered, on the ground of error in the admission of testimony of the witness Reynolds as to statements made by one Fine as to other and unrelated transactions, and as to which the defendant made prompt denial. (See *People* v. *Kennedy*, 164 N. Y. 449.) Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Mary Josephine Quinn, an Infant, etc., by James Quinn, Her Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Anton Schroeder, Appellant, v. Judson S. Snyder and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements to each